**HERSHEY THE TIN MAN, a Montana Partnership Plaintiff—Appellant, Cross–Appellee,**

v.

**AVON PRODUCTS, INC., a New York Corporation, Defendant—Appellee, Cross–Appellant.**

Nos. 99–35825, 99–35850.

D.C. No. CV–97–00007–LBE.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 7, 2001.

Decided March 14, 2001.

---

Before PREGERSON, THOMAS, and GOULD, Circuit Judges.

## MEMORANDUM *

We affirm for the reasons stated by the magistrate judge, except that we remand to the magistrate judge to make findings regarding good faith as it pertains to the fair use defense, and for such other proceedings as may be necessary or appropriate.

AFFIRMED in part and REMANDED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.